■ MARGARET SUDANO, Respondent, v CHARLES B. SUDANO, Appellant. —In an action in which a judgment of the Supreme Court, Nassau County, was entered January 9, 1975, granting plaintiff a separation, defendant appeals, as limited by his brief, from so much of that judgment as (1) awarded plaintiff $60 per week alimony, (2) dismissed his counterclaim seeking a proprietary interest in the marital premises and (3) awarded plaintiff a counsel fee of $1,400. Judgment affirmed insofar as appealed from, without costs. In our view, considering the whole record on this appeal and the financial status of the respective parties, the awards of alimony and counsel fees were not excessive. Finally, the record supports the finding of the Trial Justice that defendant failed to prove that he had any proprietary interest in the marital premises, the title to which was in plaintiff's name alone. Gulotta, P. J., Hopkins, Martuscello, Cohalan and Rabin, JJ., concur.

■ MADELINE S. WOLF, Appellant, v MARVIN WOLF, Respondent.—The respective attorneys for the parties on this appeal from an order of the Supreme Court, Rockland County, entered August 21, 1975, have agreed, after a conference in this court before Mr. Justice Gittleson on December 17, 1975, that the appeal be withdrawn, and they thereupon signed a stipulation to such effect, which stipulation includes certain other provisions. In accordance with the foregoing, the appeal is deemed withdrawn, without costs; it is ordered that an examination before trial of respondent Marvin Wolf be held on or before January 16, 1976; and that the case proceed to trial on February 11, 1976, upon the filing of a note of issue and statement of readiness. Gulotta, P. J., Hopkins, Martuscello, Latham and Cohalan, JJ., concur.

■ RITA ZIMMER, Appellant, v JOSEPH A. ZIMMER, JR., Respondent.— The respective attorneys for the parties on this appeal from an order of the Supreme Court, Nassau County, entered October 21, 1975, have agreed, after a conference held in this court before Mr. Justice Gittleson on December 11, 1975, that the appeal be withdrawn, and they thereupon signed a stipulation to such effect, which stipulation includes certain other provisions. In accordance with the foregoing, the appeal is deemed withdrawn, without costs; and it is ordered that the case proceed to trial on January 19, 1976, upon the filing of a note of issue and a statement of readiness. Gulotta, P. J., Hopkins, Martuscello, Latham and Cohalan, JJ., concur.